UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Orrellano Díaz
v.                                                    CASE NUMBER: 01-1262 (HL)
Rolando Roldan Ortíz, et al

## ORDER

In the course of the jury trial held in this case, the Court dismissed a number of the claims. Specifically, the Court dismissed all claims against Defendants Pierre Vivoni, Pedro Toledo, the Puerto Rico Police Department, Reyes Camacho Rivera, and Rafael Ruiz-Carrasquillo. As to the remaining two Defendants – Rolando Roldan-Ortiz and Abdel Morales De León – the Court dismissed all claims, save the Fourth Amendment claim for excessive force. This last claim was submitted to the jury. The jury found for Plaintiff in this claim against Roldan-Ortiz in the amount of $450,000.00 in compensatory damages and $50,000.00 in punitive damages. The jury found that Morales De León was not liable on this claim. Accordingly, judgment shall be entered against Roldan-Ortiz in the amount of $500,000.00 on the Fourth Amendment claim of excessive force. All other claims are hereby dismissed.

Date 6/24/02

HECTOR M. LAFFITTE
Chief U.S. District Judge